# UNTIED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**MEAGHIN & JONATHAN JORDAN,**
*individually and on behalf of their minor*
*son, Braylon Jordan*                                                                **PLAINTIFFS**

**v.**                                                    **CIVIL ACTION NO. 3:15cv220-CWR-LRA**

**MAXFIELD & OBERTON HOLDINGS, LLC, et al.**                              **DEFENDANTS**

### ORDER

The above cause having been submitted to the jury.

IT IS NOW ORDERED that said jury be kept together in the custody of the United States District Court and that said Court make proper provision for their meals at the expense of the United States until such time as they shall have reached a verdict, or are otherwise discharged.

SO ORDERED AND ADJUDGED this the 9th day of July, 2018.

                                                                s/Carlton W. Reeves
                                                                UNITED STATES DISTRICT COURT