**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION**

**MEAGHIN JORDAN;** *et al.* **PLAINTIFFS**

**V.** **CIV. NO. 3:15-CV-00220-CWR-LRA**

**MAXFIELD & OBERTON** **DEFENDANTS**
**HOLDINGS, LLC;** *et al.*

**AMENDED RULE 54(B) FINAL JUDGMENT**

THIS CIVIL ACTION for product liability came on for trial on June 25, 2018, between Plaintiffs and Maxfield & Oberton Holdings LLC, Honorable Carlton W. Reeves, United States District Judge, presiding. On July 9, 2018, Plaintiffs' claim for product liability defective design having been duly tried and submitted to the jury, the jury rendered its unanimous verdict in this case, in the following form:

1. Consistent with the other instructions provided to you, do you find, by a preponderance of the evidence, that the plaintiffs have proven all of the elements of their defective design claim against Maxfield & Oberton?

    Yes _____     No __X__

IT IS THEREFORE ORDERED AND ADJUDGED that the Plaintiffs recover nothing from Defendant Maxfield & Oberton Holdings LLC in this product liability action, that all Plaintiffs' claims for product liability against Maxfield & Oberton Holdings LLC shall be dismissed with prejudice, and that Maxfield & Oberton Holdings LLC recover its costs as taxed in this action from the Plaintiffs. Pursuant to Fed. R. Civ. P. 54(b), the Court determines that there is no just reason for delay in the entry of this final judgment as to Maxfield & Oberton

Holdings LLC and directs that the clerk enter this final judgment as a final appealable judgment of this Court.

SO ORDERED AND ADJUDGED, this the 22nd day of May 2019.

s/ Carlton W. Reeves
CARLTON W. REEVES
UNITED STATES DISTRICT JUDGE


APPROVED AS TO FORM:


/s/C. Victor Welsh, III
C. VICTOR WELSH, III, MSB #7107
Email: cvw@pgrwlaw.com
CRYMES M. PITTMAN, MSB #99225
Email: cmp@pgrwlaw.com
PITTMAN, GERMANY, ROBERTS & WELSH, LLP
410 South President Street (39201)
Post Office Box 22985
Jackson, MS 39225-2985
Telephone: (601) 948-6200
Facsimile: (601) 948-6187

ATTORNEYS FOR PLAINTIFFS


/s/Lewis W. Bell
LEWIS W. BELL, MSB #2337
Email: lbell@watkinseager.com
STEVEN D. ORLANSKY, MSB #3940
Email: sorlansky@watkinseager.com
WATKINS & EAGER PLLC
Post Office Box 650
Jackson, MS 39205-0650
Telephone: (601) 965-1900
Facsimile: (601) 965-1901

ATTORNEYS FOR DEFENDANT
MAXFIELD & OBERTON HOLDINGS LLC