IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**MEAGHIN JORDAN,** *et al.*                                                                                   **PLAINTIFFS**

**VS.**                                                                   **CIVIL ACTION NO. 3:15-cv-00220-CWR-LRA**

**MAXFIELD & OBERTON HOLDINGS, LLC,** *et al.*
                                                                                                                              **DEFENDANTS**

NOTICE OF APPEAL TO THE UNITED STATES
COURT OF APPEALS FOR THE FIFTH CIRCUIT

COMES NOW Plaintiffs Meaghin Jordan, individually; Jonathan Jordan, individually, and Meaghin and Jonathan Jordan on behalf of their minor son, Braylon Jordan, and file this their Notice of Appeal to the Fifth Circuit, as follows:

1.

The Parties appealing this matter are: Plaintiffs Meaghin Jordan, individually; Jonathan Jordan, individually, and Meaghin and Jonathan Jordan on behalf of their minor son, Braylon Jordan ("The Jordan Plaintiffs").

2.

The Jordan Plaintiffs appeal from the following opinions, rulings, orders and judgments of the Court:

1. Order dated September 27, 2017 [412];

2. Order dated June 18, 2018 [511], Part II, Part III, and Part IV;

3. Rule 54(B) Final Judgment dated July 18, 2018 [530];

4. All rulings adverse to the Jordan Plaintiffs issued from the bench during trial, including but not limited to, *in limine* rulings, evidentiary rulings, jury instruction rulings, and others;

5. Order dated March 30, 2019 [569]; and,

6. Amended Rule 54(B) Final Judgment dated May 22, 2019 [573].

3.

Appeal of the above opinions, rulings, orders and judgments is to the United States Court of Appeals for the Fifth Circuit.

DATED this the 28th day of May, 2019.

Respectfully submitted,

*s/C. Victor Welsh, III*
C. VICTOR WELSH, III

**CERTIFICATE OF SERVICE**

I, C. Victor Welsh, III, certify that a true and correct copy of the above pleading has been served on all counsel through the Court's electronic filing system on this the 28th day of May, 2019.

*/s/ C. Victor Welsh, III*
C. VICTOR WELSH, III

COUNSEL FOR PLAINTIFF:

C. VICTOR WELSH, III (MSB# 7107)
cvw@pgrwlaw.com
ANN. R. CHANDLER (MSB# 101519)
achandler@pgrwlaw.com
PITTMAN, GERMANY, ROBERTS & WELSH, L.L.P.
POST OFFICE BOX 22985
JACKSON, MS 39225-2985
(601) 948-6200 - PHONE
(601) 948-6187 - FAX