IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 19-60364

MEAGHIN JORDAN, Individually and, on behalf of their minor son, Braylon Jordan; JONATHAN JORDAN, Individually and, on behalf of their minor son, Braylon Jordan,

    Plaintiffs–Appellants,

v.

MAXFIELD & OBERTON HOLDINGS, L.L.C.,

    Defendant–Appellee.

Appeal from the United States District Court
for the Southern District of Mississippi

O R D E R:

    IT IS ORDERED that the joint motion of the parties to view and obtain sealed documents is GRANTED.

    /s/ Don R. Willett
DON R. WILLETT
UNITED STATES CIRCUIT JUDGE